

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00394-CV

Desmond D. **LEE**,
Appellant

v.

**BRECKENRIDGE GROUP SAN ANTONIO, II L.P.**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 388765
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:  Karen Angelini, Justice
          Sandee Bryan Marion, Justice
          Marialyn Barnard, Justice

Delivered and Filed:  October 29, 2014

DISMISSED FOR LACK OF JURISDICTION

This appeal arises from a forcible detainer action. On June 10, 2014, appellant filed a notice of appeal stating his intent to appeal from the trial court's "final orders." However, it does not appear from the clerk's record that a final order has been signed by the trial court in this cause. The trial court's order of May 22, 2014 specifically "reserved for the time of trial" appellee's "application for costs, damages and attorney's fees." A judgment or order is final for purposes of appeal if it actually disposes of all pending parties and claims before the court. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Here, the trial court's order of May 22, 2014 is

interlocutory because it does not dispose of all parties and causes of action. We have jurisdiction only to hear appeals from final orders. Interlocutory orders may be appealed only if a specific statute authorizes such an interlocutory appeal. Therefore, it appears from the clerk's record that we do not have jurisdiction over this appeal.

On July 24, 2014, we therefore ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond to our order. We thus dismiss this appeal for lack of jurisdiction.

PER CURIAM